## Harris *against* Wadsworth.

THIS was an action of covenant, upon a covenant of seisin in a deed.

*P. W. Radcliff*, for the plaintiff, moved to amend the declaration in this cause, by adding certain words mentioned in the notice, and also a new and distinct count, upon the covenant for quiet enjoyment, contained in the deed.

*Hopkins*, contra, read an affidavit, stating that pleas were put in, in *September*, 1806, to which the plaintiff demurred, and the defendant joined in demurrer; that the demurrer was noticed for argument in *November* term, 1806, at which term, on notice of a motion to that purpose, the plaintiff, by leave of the court, withdrew the demurrer, on payment of costs; but has not since replied, or taken any step in the cause, except to give notice of the present motion. He cited *Sackett* v. *Thompson*, (2 *Johnson*, 206.)

*Per Curiam.* The case of *Sackett* v. *Thompson* was much stronger than the present. The court have a liberal discretion in regard to amendments, and we *think* it reasonable in this case, that the motion should be granted.

Rule granted.

Amendment of the declaration, by adding a new count, in covenant.